**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

MAY 1 9 2026

**U.S.** DISTRICT COURT- WVND
MARTINSBURG, WV 25401

|  |  |
|---|---|
| UNITED STATES OF AMERICA, |  |
| v. | Criminal Action No. 3:26-CR _27_ |
| ROHAN LAMANTE BROADIE, aka GLAMA G, ANETENEH ZEWDE TERFE, CHRISTOPHER WALLACE JONES, JR., MARVIN A. TAAFF, OMARI OBENG STEWART, aka O, OMO-KARO COOPER, TRACI-ANN SIMONE WARD, LEEANN LOPEZ, GAVIN ANTHONY JOHNSON, DANTE MCFALLS, TABATHA MCFALLS, STANLEY DELANO LUM, JUAN VASHAUN PAYNE, and CHRISTOPHER PASCO, | Violations: 18 U.S.C. § 924(c)(1)(A) 18 U.S.C. § 924(o) 21 U.S.C. § 841(a)(1) 21 U.S.C. § 841(b)(1)(A) 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(C) 21 U.S.C. § 843(b) 21 U.S.C. § 843(d) 21 U.S.C. § 846 21 U.S.C. § 856 |
| Defendants. |  |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:42 am, Jun 08 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ M.G. ___ Deputy

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Cocaine Base)

1. From on or about February 1, 2025 to on or about January 30, 2026, in Berkeley and Jefferson Counties, in the Northern District of West Virginia, and elsewhere, defendants **ROHAN BROADIE, aka GLAMA G, ANETENEH ZEWDE TERFE, CHRISTOPHER WALLACE JONES, JR., MARVIN A. TAAFF, OMARI OBENG STEWART, aka O, OMO-KARO COOPER, TRACI-ANN SIMONE WARD, LEEANN LOPEZ, GAVIN ANTHONY JOHNSON, DANTE MCFALLS,**

1

**TABATHA MCFALLS, STANLEY DELANO LUM, JUAN VASHAUN PAYNE,** and **CHRISTOPHER PASCO,** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding with each other and other persons to violate Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Sections 846.

2. As to defendants **ROHAN BROADIE, aka GLAMA G, ANETENEH ZEWDE TERFE, CHRISTOPHER WALLACE JONES, JR., MARVIN A. TAAFF,** and **OMARI OBENG STEWART, aka O**, it was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of 5 kilograms or more of cocaine, also known as "coke," Schedule II controlled substances; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

3. As to defendants **ROHAN BROADIE, aka GLAMA G, ANETENEH ZEWDE TERFE, CHRISTOPHER WALLACE JONES, JR., MARVIN A. TAAFF,** and **OMARI OBENG STEWART, aka O**, it was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of 28 grams or more of cocaine base, also known as "crack," Schedule II controlled substances; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

4. As to defendants **ROHAN BROADIE, aka GLAMA G, ANETENEH ZEWDE TERFE, CHRISTOPHER WALLACE JONES, JR., MARVIN A. TAAFF, OMARI OBENG STEWART, aka O, OMO-KARO COOPER, TRACI-ANN SIMONE WARD, LEEANN LOPEZ, GAVIN ANTHONY JOHNSON, DANTE MCFALLS, TABATHA MCFALLS, STANLEY DELANO LUM, JUAN VASHAUN PAYNE,** and **CHRISTOPHER PASCO**, it was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine and a mixture and substance containing a detectable amount of cocaine

2

base, also known as "crack," Schedule II controlled substances; in violation of Title 21, United States

Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Conspiracy to Possess Firearms in Furtherance of a Drug Trafficking Crime)

From on or about February 1, 2025 to on or about January 30, 2026, in Berkeley and Jefferson Counties, in the Northern District of West Virginia, and elsewhere, defendants **ROHAN BROADIE, aka GLAMA G, ANETENEH ZEWDE TERFE, CHRISTOPHER WALLACE JONES, JR., MARVIN A. TAAFF, OMARI OBENG STEWART, aka O, OMO-KARO COOPER, TRACI-ANN SIMONE WARD, LEEANN LOPEZ,** and **GAVIN ANTHONY JOHNSON**, did unlawfully and knowingly combine, conspire, confederate, and agree with each other and other persons, to possess firearms in furtherance of a drug trafficking crime, to wit: an offense under subsection (c) of Title 18, United States Code, Section 924; in violation of Title 18, United States Code, Section 924(o).

## COUNT THREE

(Distribution of Cocaine Base)

On or about February 11, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **CHRISTOPHER PASCOE**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Cocaine Base)

On or about February 13, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **CHRISTOPHER PASCOE**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Possession with Intent to Distribute Cocaine Base)

On or about February 20, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **CHRISTOPHER PASCOE**, did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Distribution of Cocaine Base)

On or about March 10, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **JUAN VASHAUN PAYNE**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

(Distribution of Cocaine Base)

On or about March 17, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **JUAN VASHAUN PAYNE**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

(Distribution of Cocaine Base)

On or about March 19, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **JUAN VASHAUN PAYNE**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

(Distribution of Cocaine Base)

On or about March 28, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **OMARI OBENG STEWART, aka O**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

(Distribution of Cocaine Base)

On or about April 2, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **OMARI OBENG STEWART, aka O**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

(Distribution of Cocaine Base)

On or about April 9, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **OMARI OBENG STEWART, aka O**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

(Unlawful Use of Communication Device)

On or about October 1, 2025, in Berkeley County, in the Northern District of West Virginia and elsewhere, defendants **OMARI OBENG STEWART, aka O**, and **STANLEY DELANO LUM**, did knowingly and intentionally use a communication device in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, and 841(b)(1)(C), as alleged in Count One of this Indictment, that is, the defendants used a cellphone to arrange a distribution of controlled substances, namely a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT THIRTEEN

(Unlawful Use of Communication Device)

On or about October 5, 2025, in Berkeley County, in the Northern District of West Virginia and elsewhere, defendant **OMARI OBENG STEWART, aka O**, did knowingly and intentionally use a communication device in committing, causing, and facilitating the commission of a felony under Title 21, United States Code, Sections 846, and 841(b)(1)(C), as alleged in Count One of this Indictment, and under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as alleged in Count Fourteen of this Indictment, that is, the defendant used a cellphone to arrange a distribution of controlled substances, namely a mixture and substance containing a detectable amount of cocaine, also known as "coke," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FOURTEEN

(Distribution of Cocaine)

On or about October 5, 2025, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendant **OMARI OBENG STEWART, aka O,** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine, also known as "coke," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIFTEEN

(Distribution of Cocaine Base)

On or about December 3, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **STANLEY DELANO LUM**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTEEN

(Maintaining a Drug-Involved Premises)

During the period commencing in or about February 1, 2025 to December 3, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **STANLEY DELANO LUM**, did knowingly open, use, and maintain a place located on N. Queen Street in Martinsburg, West Virginia for the purpose of distributing and using a controlled substance, and did manage and control such place as an owner, agent, and occupant and did knowingly and intentionally make available for use such place for the purpose of unlawfully distributing and using controlled substances; in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT SEVENTEEN

(Maintaining a Drug-Involved Premises)

During the period commencing in or about February 1, 2025 to January 30, 2026, in Berkeley County, in the Northern District of West Virginia, defendants **OMARI OBENG STEWART aka O**, **DANTE MCFALLS,** and **TABATHA MCFALLS**, did knowingly open, use, and maintain a place located on Paynes Ford Road in Martinsburg, West Virginia for the purpose of distributing and using a controlled substance, and did manage and control such place as an owner, agent, and occupant and did knowingly and intentionally make available for use such place for the purpose of unlawfully distributing and using controlled substances; in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Sections 841 and 846, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offenses, including the following:

a. approximately $89,000.00 in United States currency seized on January 28, 2026, from 1830 E. 28th Street, Baltimore, Maryland 21218, from **ANETENEH ZEWDE TERFE**;

b. approximately $22,353.00 in United States currency, a Beretta 92X 9mm pistol bearing serial number 92X0033756, and two loaded 9mm magazines seized on January 28, 2026, from 7129 Britens Way, Brandywine, Maryland 20613, from **OMO-KARO COOPER** and **TRACI-ANN SIMONE WARD**;

c. miscellaneous firearms, magazines, and ammunition seized on January 28, 2026, from 133 Westway, Apartment 102, Greenbelt, Maryland 20770, including a Girsan MC28SAC 9mm pistol bearing serial number T6368-15AY00769, a Glock 21 .45 caliber pistol bearing serial number NEG264, and a box of .45 ACP ammunition, as well as a Glock 43X 9mm pistol bearing serial number BWCF835 with one magazine and approximately $554.00 in United States currency seized from 62 Paynes Ford Road, Martinsburg, West Virginia 25405, from **OMARI OBENG STEWART aka O**;

d. approximately $161,128.00 in United States currency, a stolen Glock 43X 9mm pistol bearing serial number BWUE201 loaded with ten rounds of ammunition, an FNH FN Reflex 9mm pistol bearing serial number CCW0048879 loaded with fourteen rounds of ammunition, a Heckler & Koch VP9SK 9mm pistol bearing serial number 232-001371

20

loaded with ten rounds of ammunition, and an additional 9mm magazine loaded with ten rounds of ammunition seized on January 28, 2026, from 5505 Karen Elaine Drive, Apartment 1016, New Carrollton, Maryland 20784, from **MARVIN A. TAAFF**;

e. a Remington Model 700 .223 caliber rifle bearing serial number E6812769 seized on January 28, 2026, from 4608 Gorham Drive, Capitol Heights, Maryland 20743, from **CHRISTOPHER WALLACE JONES, JR.**;

f. approximately $1,787.00 in United States currency, including $1,673.00 seized from the primary bedroom at 100 Vintage Court, Martinsburg, West Virginia 25428, and $114.00 seized from the person of **JUAN VASHAUN PAYNE**, together with a HiPoint JHP .45 caliber pistol bearing serial number X4359724, a box of ammunition, and a loaded magazine seized from a safe at that location on March 24, 2025; and

g. approximately $1,293.00 in United States currency, including $1,180.00 seized from the person of **STANLEY DELANO LUM** and $113.00 seized from his bedroom at 732 N. Queen Street, Martinsburg, West Virginia 25404, on November 6, 2025.

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm, ammunition, magazines, or firearm-relatead evidence involved in or used in any knowing violation of Title 18, United States Code, Sections 924(o), including but not limited to:

a. a Beretta 92X 9mm pistol bearing serial number 92X0033756 and two loaded 9mm magazines seized on January 28, 2026, from 7129 Britens Way, Brandywine, Maryland 20613;

b. a Girsan MC28SAC 9mm pistol bearing serial number T6368-15AY00769, a Glock 21 .45 caliber pistol bearing serial number NEG264, and a box of .45 ACP ammunition seized on January 28, 2026, from 133 Westway, Apartment 102, Greenbelt, Maryland 20770;

21

c.   a Glock 43X 9mm pistol bearing serial number BWCF835 with one magazine seized on January 28, 2026, from 62 Paynes Ford Road, Martinsburg, West Virginia 25405;

d.   a stolen Glock 43X 9mm pistol bearing serial number BWUE201 loaded with ten rounds of ammunition, an FNH FN Reflex 9mm pistol bearing serial number CCW0048879 loaded with fourteen rounds of ammunition, a Heckler & Koch VP9SK 9mm pistol bearing serial number 232-001371 loaded with ten rounds of ammunition, and an additional 9mm magazine loaded with ten rounds of ammunition seized on January 28, 2026, from 5505 Karen Elaine Drive, Apartment 1016, New Carrollton, Maryland 20784;

e.   a Remington Model 700 .223 caliber rifle bearing serial number E6812769 seized on January 28, 2026, from 4608 Gorham Drive, Capitol Heights, Maryland 20743; and

f.   a HiPoint JHP .45 caliber pistol bearing serial number X4359724, a box of ammunition, and a loaded magazine seized on March 24, 2025, from a safe located at 100 Vintage Court, Martinsburg, West Virginia 25428.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
MATTHEW L. HARVEY
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney

Morgan. S. McKee
Assistant United States Attorney